

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 9 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Tai Thanh Nguyen<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:17-cr-00083-JVS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___Defense counsel___, IT IS ORDERED that a detention hearing is set for ___October 3, 2017___, at _2:00_ ☐a.m. / ☒p.m. before the Honorable ___Douglas F. McCormick___, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9.25.2017__  _____
U.S. District Judge/Magistrate Judge